EXHIBIT A



**U.S. Department of Homeland Security**
Bureau of Citizenship & Immigration Service

6050527

26 Federal Plaza
New York, NY 10278

August 2, 2003

A95 515 776
Khevd OSMAN
1774 Depit Road, Apt #1
Brooklyn, NY 11223

## DECISION

Dear Mr. Osman,

On December 20, 2001, you filed an application for adjustment of status (INS Form I-485) with the U.S Immigration and Naturalization Service. This application will be denied.

Section 245 of the Immigration and Nationality Act provides in pertinent part

(a) The status of an alien who was inspected and admitted or paroled into the United States may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence if (1) the alien makes an application for such adjustment, (2) the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence, and (3) an immigrant visa is immediately available to him at the time his application is filed.

Section 201 of the Immigration and Nationality Act enumerates those aliens eligible to be issued immigrant visas or who may otherwise acquire the status of an alien lawfully admitted to the United States for permanent residence. The visa petition supporting the application for permanent residence has been denied. In the absence of any other indication that the applicant is entitled to any status as outlined in Section 201(a) and 201(b) of the Act, the applicant must be considered ineligible for the benefits of Section 245 of the Immigration and Nationality Act, as amended. Accordingly, this application must be and hereby is denied.

This decision may not be appealed. If you believe that the law was inappropriately applied or the analysis used in reaching the decision was inconsistent with the information provided or with precedent decisions, you may file a motion to reconsider. If you have new or additional information that you wish to have considered, you may file a motion to reopen.

Section 103.5 of Title 8 of the Code of Federal Regulations states, in pertinent part

(a) Motions to reopen or reconsider.
(1) When filed by affected party.
(i) General. ...Any motion to reconsider an action by the Service filed by an applicant...must be filed within 30 days of the decision that the motion seeks to reconsider. Any motion to reopen a proceeding before



the Service filed by an applicant, must be filed within 30 days of the decision that the motion seeks to reopen, except that failure to file before this period expires, may be excused in the discretion of the Service where it is demonstrated that the delay was reasonable and was beyond the control of the applicant.

A motion to reconsider must state the reasons for reconsideration and be supported by copies of any pertinent law, regulation, or precedent decisions. A motion to reopen must state the new facts to be proved at the reopened proceeding and be supported by documentary evidence. Any motion should be hand-delivered to this office, room 8-800.

You may be eligible to receive a grant of voluntary departure from the United States. If you wish to request voluntary departure, you must take this notice to your local Immigration and Naturalization Office to make that request.

A request for voluntary departure must be made in writing and must be accompanied by your original passport or other travel documentation sufficient to assure your lawful admission into the country that you intend to enter. If that request is approved, you must also agree to all of the terms and conditions set forth, and will become subject to a civil penalty of not less than $1,000.00 and not more than $5,000.00. Failure to voluntarily departure. If that request is approved and you fail to meet the terms and conditions set forth, you will become subject to a civil penalty of not less than $1,000.00 and not more than $5,000.00. Failure to meet the terms and conditions will also result in your being ineligible for any further relief from removal from the United States.

If your request for voluntary departure is denied you will be subject to removal from the United States.

Any employment authorization you have been granted is hereby terminated.

Sincerely,

Mary Ann Gantner
Interim Director
New York District

Certified Mail/Return Receipt Requested

Cc:

EXHIBIT B

U.S. IMM[illegible]RATION & NATURALIZAT[illegible]N SERVICE

INQUIRY

RECEIVED — INFORMATION

PLEASE fill out All parts of this form. Writing inquires may be left in Room 8-800 All inquires will be responded to by mail. There will be No exceptions!

Immigration and Naturalization Service New York N.Y

SECTION 245

Today date: [illegible] Type of application/Petition: I-130 ___ I-485 (circled) ___ Other ___

Name of Applicant FIRST NAME: Khaled

LAST NAME: Osman

Name of person Filing Inquiry (Who Should We call?) [illegible]

Applicant's date of birth 10-1-68 Applicant's country of birth Egypt

Applicant's Alien Registration# (File#) 095-515-776

Applicants Telephone# Representative's Telephone#

718-720-1835

Applicant's Present Address: Representative's Address:

323 Oakland av 1774 [illegible] Road

SI NY Brooklyn 11223

10310

Have you been interviewed? Yes/No (circled) If Yes. When? ___

Who was your Interviewing Officer? ___

When was your Application filed? December 20 2001

Reason for Inquiry? no [illegible]

denied

Please complete ALL parts of this form. Be as specific as possible. Failure to complete this form completely will result in significant delays in our response to your Inquiry

EXHIBIT C



# Department of Homeland Security

U.S. Citizenship and Immigration Services

**26 Federal Plaza Rm 8-800**
**New York, NY 10278**

March 3, 2004

Jeanne Osman
323 Oakland Avenue 2nd Floor
Staten Island, NY 10310

Re:    Khaled Osman        A95-515-776

Dear Mrs. Osman:

This letter is written in response to the inquiry, dated January 2, 2004, relating to the above stated case for Adjustment of Status.

A Service motion has been granted in this case for the I-130 petition and the I-485 denial. We will continue the processing of this application and you will be scheduled for a new interview. You will be notified if additional documentation is needed.

I hope the information provided will be of assistance to you in this matter.

Sincerely,



A. Gilles
Supervisory District Adjudications Officer
New York District

CC:

**EXHIBIT D**



**INFOPASS**

Click here to print this screen

| | | | |
|---|---|---|---|
| Name: | **Khaled Osman** | | |
| Appointment Type: | **Information Question** | | |
| Confirmation No.: | NYC-04-37614 | Authentication Code: | 2c6d |
| Appointment Date: | September 20, 2004 | Appointment Time: | 7:20 AM |
| Location: | 26 FEDERAL PLAZA, New York, NY 10278; Room 310 | | |

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card, (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

This is your Confirmation Number:

\* N Y C - 0 4 - 3 7 6 1 4 \*

If you wish to cancel this appointment, you will need the following Personal **Identification Number:**

*47913*

Thank you for using InfoPass
Return to USCIS On-Line

EXHIBIT E

# Congressional Unit

GIVE THIS YOUR IMMEDIATE ATTENTION :

File No: 95515776
Date : 6/20/2005
Ctrl : 05-9100

In Re: OSMAN, KHALED

Information requested by : FOSSELLA, VITO
9818 4TH AVENUE BROOKLYN, NY 11209

[ ] Attorney [ ] Congressional [ ] Consulate [ ] Other

Inquiry: [ ] Telephone [ ] By Letter [ ] Appeared in person

To: 245

Information requested: FOR REVIEW AND RESPONSE. DUE BY 7/20/2005

STATUS OF I-485.

Information furnished:

The applicant is pending a security background check.

Congressional Unit
N.Y.C.
20 JUL 2005
(Signature of Officer or Employee)

Approved by: ____________
(Signature of Supervisor)

Location: ____________

# EXHIBIT F

03/22/2006 10:29 FAX 2122844228 CONGRESS UNAL

# Congressional Unit

GIVE THIS YOUR IMMEDIATE ATTENTION !

File No: 95515776
Date : 3/21/2006
Ctrl : 06-5077

In Re: **OSMAN, KHALED**

Information requested by : FOSSELLA, VITO
8505 4TH AVENUE BROOKLYN, NY 11209

[ ] Attorney [ ] Congressional [ ] Consulate [ ] Other

Inquiry: [ ] Telephone [ ] By Letter [ ] Appeared in person

To: **245**

Information requested: FOR REVIEW AND RESPONSE. DUE BY 4/20/2006

STATUS OF I-485.

Information furnished:

The Service scheduled Mr. Osman for NSEERS registration for April 4, 2006. A copy of the appointment notice is attached.

Congressional Unit
N.Y.C.
3/21/06 [signature]
(Signature of Officer or Employee)

Approved by: ______________________
(Signature of Supervisor)

Location: ______________________

03/22/2006 20:33 FAX 2126306530

# U.S. Department of Homeland Security

United States Citizenship
and Immigration Services
26 Federal Plaza
New York, NY 10278
Section 245

File No.: 095 515 776
Date: March 21, 2006

Applicant: Khaled Osman
Address: 755 Narrows Road North, #6GG, Staten Island, NY 10304

## USE WORTH ST. ENTRANCE

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 26 Federal Plaza | ROOM NO. 10-116 | FLOOR NO. 10 |
| --- | --- | --- | --- |
| DATE AND HOUR | April 4, 2006 @ 9:30 a.m. | | |
| ASK FOR | NSEERS Agent | | |
| REASON FOR APPOINTMENT | NSEERS Registration | | |
| BRING WITH YOU | This letter; refer to "NSEERS Enrollment" attachment list | | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

Sincerely,

[signature]

Mary Ann Gantner
District Director, USCIS
New York City Office

cc:

Form G-56
(Rev. 5-3-06)



**U.S. Dep'.'ment of Homeland Security**

**United States Citizenship**
**and Immigration Services**

# NSEERS ENROLLMENT

Enclosed is your National Security Entry Exit Registration System enrollment appointment notice. You must attend this appointment. Your Application to Register Permanent Residence or Adjust Status (Form I-485) is incomplete without this registration. Should you neglect to enroll the Service will deny your application.

Bring your current passport and all expired passports in your possession to your NSEERS enrollment, as well as the Form I-94 that was issued to you upon entry to the United States. (If you relinquished that card to the interviewing officer, inform the NSEERS agent and he will retrieve it from your immigration file, which will be present.)

If you have been arrested subsequent to your adjustment interview – or if you had been arrested prior to your interview and did not provide documentation during your interview – present an original Certificate of Disposition from the court(s) at which you appeared.

Following your registration, you may leave 26 Federal Plaza. You have no other appointments or obligations to fulfill on the day of your registration. The NSEERS agent will place information in your immigration file that will confirm your enrollment. Your immigration file will be returned to the Section 245 interviewing officer. Subsequent inquiries regarding the adjudication of your adjustment application should be made to that officer.

Sincerely,



Mary Ann Gantner
District Director, USCIS
New York

First-Class Mail

*FIN # 7867903?*



**U.S. Department of Homeland Security**
United States Citizenship
and Immigration Services
26 Federal Plaza
New York, NY 10278
Section 245

File No.: 095 515 776
Date: March 21, 2006

Applicant: Khaled Osman
Address: 755 Narrows Road North, #666, Staten Island, NY 10304

### USE WORTH ST. ENTRANCE

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | OFFICE LOCATION | ROOM NO. | FLOOR NO. |
|---|---|---|---|
| OFFICE LOCATION | 26 Federal Plaza | 10-116 | 10 |
| DATE AND HOUR | April 4, 2006 @ 9:30 a.m. | | |
| ASK FOR | NSEERS Agent | | |
| REASON FOR APPOINTMENT | NSEERS Registration | | |
| YOU BRING WITH | This letter; refer to "NSEERS Enrollment" attachment | | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

Sincerely,

Mary Ann Gantner
District Director, USCIS
New York City Office

cc:

Form G-56
(Rev. 5-3-00)

# EXHIBIT G

PRINTED ON RECYCLED PAPER

**Congress of the United States**

**House of Representatives**

**Vito Fossella**

*13th District, New York*

DISTRICT OFFICES:

4434 Amboy Road, 2nd Floor
Staten Island, NY 10312
(718) 356-8400
(718) 356-1928 [Fax]

8505 Fourth Avenue
Brooklyn, NY 11209
(718) 630-5277
(718) 630-5388 [Fax]

1239 Longworth House Office Building
Washington, DC 20515-3213
(202) 225-3371
(202) 225-1272 [Fax]

E-Mail Address:
www.house.gov/fossella

November 21, 2006

Linnea Stuart, SCI.S
Congressional Unit
U.S. Citizenship & Immigration Services
26 Federal Plaza
New York, New York 10278

Ref: Osman, Khaled A.#95-515-776
I-485

Dear Officer Stuart:

I am once again writing (Ctrl# 03-2812, 03-13724, 04-9302, 05-8368, 05-9100, 05-10666, 06-5077, and 06-10302) on behalf of my constituent Mr. Osman who resides in my district at 755 – Narrows Road North, #606, Staten Island, New York 10304.

Mr. Osman was scheduled for an NSEERS appointment on April 4, 2006, but to date he has not received any new information related to his case. Any assistance your office can provide within the rules and regulations of the service in regards to this case would be greatly appreciated.

Thank you for your time and consideration in this matter.

Sincerely,

Vito J. Fossella
Member of Congress

VJF/ao

**EXHIBIT H**

**U.S. Citizenship and Immigration Services**

[Print This Page]  [Back]

# U.S. Citizenship and Immigration Services
## New York City NY Processing Dates
### Posted January 17, 2007

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending, we will be processing cases that were filed earlier than yours. This chart tells you which cases the Office is processing and the date the cases were received by the Office.

**How Do I Use Chart:**

Locate the type of application or petition you filed under the heading "Form", or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Office.

**When Can I Call The National Customer Service Center?**

If you filed your case 30 days or more before the date shown on the chart, and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and responded to it over 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

### District Office Processing Dates for New York City NY Posted January 17, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | October 16, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 04, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | October 07, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | October 07, 2006 |
| I-765 | Application for Employment Authorization | October 30, 2006 |
| N-400 | Application for Naturalization | June 15, 2006 |
| N-600 | Application for Certification of Citizenship | July 17, 2006 |

[Print This Page]  [Back]

02-02-2007 01:58 PM EST

# EXHIBIT I

Departure Number

789251578 09

Immigration and Naturalization Service

I-94

Departure Record

14. Family Name

15. First (Given) Name

16. Birth Date (Day/Mo/Yr)

24MAY2003

I485 Pending, NYC A95315776
Edle, Nieves DAO, January 10, 2005

VISAS

# EXHIBIT J

**CITY of NEW YORK**
**DEPARTMENT OF CONSUMER AFFAIRS**
42 BROADWAY, NEW YORK, NY 10004

The issuance and acceptance of this license is conditioned upon the licensee's compliance with the laws of the State of New York and the City of New York. The issuance and acceptance of this license is also conditioned upon the Department of Consumer Affairs, and the rules and regulations of all federal, State and City agencies now in force or hereafter enacted.

Document No.
482331

License Type:

License Number:

Class ID:

Item-cont.

Entity Name:

Trade Name (D/B/A):

Premises Address:

Mailing Address:

Code:                    Class:                    Stories:                    Issued:
                                                                            Start Date:

Base License Number:                                                       Room Capacity:                    Square Footage:

Number of Plates:

Expires:
End Date:

Commissioner of Consumer Affairs

No transfer able without the approval of the Commissioner of Consumer Affairs
**THIS LICENSE MUST BE CONSPICUOUSLY DISPLAYED**

N. Y. S. DEPARTMENT OF ...ATE
DIVISION OF CORPORATION, AND STATE RECORDS          ALBANY, NY 12231-0001

FILING RECEIPT

ENTITY NAME: ASSKR & OSMAN CONSTRUCTION INC.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)          COUNTY: RICH

SERVICE COMPANY: ** NO SERVICE COMPANY **          SERVICE CODE: 00 *

FILED:08/14/2006 DURATION:PERPETUAL   CASH:060814000719 FILM #:060814000667

ADDRESS FOR PROCESS
KHALED OSMAN
755 NARROWS ROAD NORTH STE 606
STATEN ISLAND, NY 10304          08/14/2006
                                 ----------
                                 EXIST DATE

REGISTERED AGENT
-----------------

STOCK:          200 NPV

| FILER | FEES | 160.00 | PAYMENTS | 160.00 |
|-------|------|--------|----------|--------|
| DEKA ASSOCIATES INC | FILING | 125.00 | CASH | 125.00 |
| 130 SAND LANE | TAX | 10.00 | CHECK | 0.0 |
| STATEN ISLAND, NY 10305 | CERT | 0.0 | CHARGE | 0.00 |
| | COPIES | 0.00 | DRAWDOWN | 0.00 |
| | HANDLING | 25.00 | OPAL | 160.00 |
| | REFUND | 0.0 | REFUND | 0.0 |

OPAL318790                                        DOS-1025 (11/89)

New York State Department of
**Taxation and Finance**
Sales Tax Registration
W.A. Harriman Campus
Albany NY 12227-0001

ASSKR & OSMAN CONSRUCTION INC
755 NARROWS RD NORTH STE 606
STATEN ISLAND NY 10304-1535

New York State Department of Taxation and Finance

**Certificate of Authority**

Identification number
**205399101**
*(Use this number on all returns and correspondence)*

**VALIDATED**
**09/13/2006**
Dept of Tax and Finance

ASSKR & OSMAN CONSRUCTION INC
755 NARROWS RD NORTH STE 606
STATEN ISLAND NY 10304-1535

is authorized to collect sales and use taxes under Articles 28 and 29 of the New York State Tax Law.

# EXHIBIT K

STEPHEN REICH, PhD., P.C.
141 EAST 55TH STREET
NEW YORK, NEW YORK 10022
(212) 935-6100

March 27, 2007

Rahul Manchanda, Esq.
14 Wall Street, Suite 2057
New York, NY 10005

Re:    **Jeanne Osman**
       **Yousef Osman**

Dear Mr. Manchanda:

Please find enclosed my psychological evaluation report on Jeanne Osman and Yousef Osman.

Should you desire further assistance with this matter, please do not hesitate to contact me.

Sincerely,

Stephen Reich, Ph.D.

SR:rj

Enc.

STEPHEN REICH, PH.D., P.C.
141 EAST 55TH STREET
NEW YORK, NEW YORK 10022
(212) 935-0125

AFFIDAVIT OF

Stephen Reich, Ph.D.

IN THE MATTER OF:

**Jeanne Osman**
**Yousef Osman**

DATE OF INTERVIEW:          March 26, 2007
DATE OF REPORT:             March 27, 2007

---

I, Stephen Reich, Ph.D., hereby swear and affirm the following:

1. I am a licensed psychologist in private practice in the State of New York. My New York State license number is: 004511.

2. I earned the following academic degrees:

   B.A.                  Columbia College
   J.D.                  Columbia University Law School
   M.B.A.                Columbia University Graduate School of Business
   M.A. in Psychology    Fordham University
   Ph.D. in Clinical Psychology    Fordham University

3. I was a United States Public Health Fellow at Fordham University.

4. I was a Postdoctoral Clinical Psychology Fellow at The New York Hospital-Cornell University Medical Center (Payne Whitney Psychiatric Clinic).

5. Since 1972, I have been a faculty member of the Department of Psychiatry (Division of Psychology) of Weill Medical College of Cornell University, and an Assistant Attending Psychologist at New York Presbyterian Hospital (Payne Whitney Psychiatric Clinic.)

6. I am a member of the American College of Forensic Psychology, the American Psychological Association, the New York State Psychological Association, and the National Register of Health Services Providers.

7. From 1965-1968, I was an Assistant Attorney General of the State of New York.

8. From 1965-1972, I was a Lieutenant, Judge Advocate General Corps, of the United States Naval Reserve.

2

9.   On March 26, 2007, I interviewed Ms. Jeanne Osman and her son, Yousef Osman for a psychological evaluation and report. They were accompanied at the interview by Mr. Khalid Osman, the husband of Jeanne Osman, and the father of Yousef Osman. The family was referred by their attorney, Rahul Manchanda, Esq.

10.   The following is based upon my interviews.

11.   **Interview of Jeanne Osman:**

Jeanne Osman was born on May 12, 1972, in Brooklyn, New York, and is a citizen of the United States. She was the second of four children born to her mother and father, and also has a half sister. She is a woman who is *presently* of average weight and height, who looks her chronological age. However, in order to reach normal weight, she had to undergo gastric-bypass surgery, and thus lost 104 pounds. She was oriented to time, place and person, and her facial expressions, gestures and body language reflected her account. Her intelligence is above average, and there was no evidence of any cognitive deficits. She is an executive secretary, and attended college for approximately 1-½ years. During the interview, she was obviously exhibiting depressive and anxiety-based symptomatology. She broke down and wept on several occasions, as she told me of her fear that her husband, Khalid, might have to leave the United States, at some point, and return to Egypt. Since she is unable to leave the United States, for reasons which will be detailed below, she realizes that her husband's departure would simply *shatter* her family. She was cooperative, straightforward and honest.

Jeanne Osman's mother died of ovarian and bone cancer approximately two years ago. Jeanne is now fully responsible for the care of her retired father, who lives with her in Staten Island. Her father has severe emphysema and is on oxygen 24 hours a day, 7 days a week, has diabetes, for which he is medicated, has had triple bypass cardiac surgery, and also has serious kidney malfunction, which may ultimately necessitate kidney dialysis. Simply put, her father is a *seriously* ill person.

In addition to the gastric bypass surgery, which Jeanne Osman underwent, to deal with her morbid obesity, she also has polycystic ovarian syndrome and endometriosis. It took her a very long time to conceive Yousef, and she fully expects that it will be just as difficult, if not more so, because she is now older, to conceive again. She met Khalid Osman in 2001, and married him on November 21, 2001. She said that both of them fell deeply in love very quickly, and that the marriage has been extremely successful, filled with warmth, excellent communication and shared values. It is the first marriage for both of them. As a result of her fear that her husband might have to leave the United States, Jeanne Osman has become depressed and anxious. She said that she has difficulty falling asleep, and wakes up, repeatedly during the night. She said she sleeps only four hours a night. As a result of her anxiety and depression, she has begun to overeat again, to mask her depressive symptomatology, and has thus regained 10-15 pounds. Given her prior morbid obesity, this is an ominous sign. She has trouble focusing, concentrating and paying attention, is persistently sad, and chronically anxious. She has frequent crying spells. As is common

among many individuals suffering from depressive symptomatology, she has lost all sexual libido. She has developed suicidal ideation and has had thoughts of taking pills, but stated that she has not made any suicide gestures, and noted that she has a wonderful son.

## DIAGNOSIS OF JEANNE OSMAN

### Major Depressive Disorder - (DSM-IV 296.2x)

**Major Depressive Disorder - DSM-IV 296.2x, Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, the American Psychiatric Association.**

Jeanne Osman meets the following criteria for Major Depressive Disorder

(A)    The following symptoms have been present during the same two-month period and represent a change from previous functioning

1)   Depressed mood most of the day, nearly every day.
2)   Markedly diminished interest or pleasure in all or almost all activities of most of the day, nearly every day.
3)   Weight gain
4)   Insomnia
5)   Psychomotor agitation
6)   Fatigue or loss of energy nearly every day
7)   Feelings of worthlessness
8)   Diminished ability to think or concentrate
9)   Recurrent thoughts of death

Jeanne Osman told me that her responsibilities to her father would preclude her from going to Egypt, but also told me that she would be very afraid to live in Egypt, and take her son to that country, because she feels that at the present time in history, it is simply too dangerous for United States citizens to live in an Arab country, and would not want to expose herself and her son to those risks. Mrs. Osman informed me that she has called a psychologist to whom she was referred in order to begin psychotherapy for her depression and anxiety.

12.    **Yousef Osman**

Yousef Osman was born in the United States on August 9, 2003, and is a citizen of the United States. He is now 3½ years old and has begun preschool. Yousef Osman is clearly a young boy with tremendous promise. His functioning at age 3½ is everything parents could possibly hope for in a child. He is bright, alert, curious, spontaneous, highly interactive and speaks beautifully. He relates well with both parents, each of whom obviously showers him with nurturance and love. His teachers in preschool have given his

3

parents feedback which was the same as the feedback I gave them about his functioning. They have told Jeanne and Khalid that he is performing as well as a child can possibly perform in preschool.

In his research with children, John Bowlby, M.D. clearly demonstrated that children separated from a parent for a significant period, are at high risk for the development of separation anxiety disorders, depressive symptomatology, and symptoms of isolation. Dr. Bowlby was one of the leading clinicians in the area of separation anxiety disorders and attachment. Two of his major books about these issues are 1) A Secure Base: Parent-Child Attachment and Healthy Human Development, Basic Books, New York, 1988; 2) Maternal Care and Mental Health, Schocken Books, New York, 1966. Yousef Osman would develop the following characteristics of a Separation Anxiety Disorder if he were separated from his father.

1. Recurrent excessive distress when separation from home or major attachment figures occurs or is anticipated.

2. Persistent and excessive worry about losing major attachment figures.

3. Persistent and excessive worry that an untoward event will lead to separation from a major attachment figure.

4. Persistent reluctance or refusal to go to school or elsewhere because of fear of separation.

5. Persistently or excessively fearful or reluctant to be alone or without major attachment figures at home.

6. Persistent reluctance or refusal to go to sleep without being near a major attachment figure or to sleep away from home.

7. Repeated complaints of physical symptoms (headaches, stomachaches, nausea, vomiting, etc.), when separation from major attachment figures occurs or is anticipated.

The psychologist Erik Erickson has written that the first phase of a child's development is characterized by the development of "basic trust vs. basic mistrust." If Yousef Osman becomes separated from his father, he will develop a "basic mistrust" of the world, in addition to the Separation Anxiety Disorder.

Beyond a shadow of a doubt, if Yousef Osman becomes separated from his father, Khalid Osman, he will develop a Separation Anxiety Disorder and depressive symptomatology. In

children, depressive symptomatology takes the form of failure to thrive and listlessness. Such symptoms will rob Yousef of his greatest assets - his spontaneity, verve and enthusiasm to learn.

13. **Khalid Osman**

Khalid Osman was born on October 1, 1968, in Egypt, and is a citizen of Egypt. He earned a law degree in Egypt, and is presently a partner in a construction business in the United States, where he employs several men to work on construction sites. He is intelligent, communicates well, and has an excellent relationship with both his wife and son.

**SUMMARY**

It is my professional opinion as a psychologist that Mrs. Jeanne Osman has developed a Major Depressive Disorder as a direct result of her fear that her husband, Mr. Khalid Osman, may have to return to Egypt, at some point. Her symptoms include sleep disturbance, overeating to mask depressive symptomatology, weight gain, difficulty focusing and concentrating, persistent sadness, chronic anxiety, crying spells, loss of sexual libido, and suicidal ideation. She has not made any suicide gestures.

Mrs. Osman is completely responsible for the care of her father, who lives with her, after the death of her mother. Her father is on oxygen 24 hours a day, 7 days a week, as a result of severe emphysema. He also has cardiac problems, diabetes and kidney infections. Jeanne Osman said she will not go to Egypt, in the event that her husband has to return to that country, because of her responsibilities to her father, and her fear that as United States citizens living in Egypt, she will be putting herself and her son at risk.

Yousef Osman is a gifted, spontaneous, highly interactive 3 ½-year-old boy, who is functioning as well as any child his age can possibly function. If he becomes separated from his father, he will develop a Separation Anxiety Disorder and depressive symptomatology.

It is my opinion that it would represent an extreme hardship to Jeanne Osman and Yousef Osman in the event that Khalid Osman returned to Egypt. It would clearly be in their best interest if he could remain in the United States.

March 26, 2007

Signed under penalty of perjury under the Laws of the State of New York.

Stephen Reich, Ph.D.

Sworn before me this
[handwritten]

DHANSINGHANI PRAKASH K
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01DH6069993
Qualified in NASSAU COUNTY
COMMISSION EXP June 11, 20

5