```
529119
```

**UNITED STATES DISTRICT COURT SOUTHERN**

INDEX NO: 2844/07
FILE DATE: 4/8/2007
ATTY: MANCHANDA LAW OFFICES
80 WALL STREET, STE 705
NEW YORK, NY 10005

EPS No: 516153
Attorney File No:
Batch No:

STATE OF NEW YORK: COUNTY OF SOUTHERN

**OSMEN, KHALED**                                                    Plaintiff(s)

- against -

**MR. MICHAEL CHERTOFF, ET AL**                                      Defendant(s)

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/5/2007 at 12:17PM at 86 CHAMBERS STREET, NEW YORK, NY 10007, 3RD FLOOR deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on MICHAEL J. GARCIA, US TTY. SDNY. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**SUITABLE AGE PERSON**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with A. CHARLES, AUTHORIZED TO ACCEPT ON BEHALF a person of suitable age and discretion at 86 CHAMBERS STREET, NEW YORK, NY 10007, 3RD FLOOR, the said premises being the defendants Place of Business within the State of New York.

**MAILING** First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to MICHAEL J. GARCIA, US TTY. SDNY at 86 CHAMBERS STREET, NEW YORK, NY 10007, 3RD FLOOR in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 6/6/2007 via First Class Mail. The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.

NP

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age: 30          Approximate weight: 160          Approximate height: 5'8"
Color of skin: BLACK         Color of hair: BLACK             Sex: F

Military Service ☒  Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  JUN 0 7 2007

LUIS A. CRESPO
Commissioner of Deeds
City of New York No. 4-4920
Certificate Filed in Queens County
Commission Expires Aug. 1, 2007

KEVIN T. MACTIERNAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6108632
Qualified in Nassau County
Commission Expires 4/19/2008

ARTAK RAEVSKY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6123189
Qualified in Queens County
Commission Expires 2/28/2009

LORRE A. DUNNE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6016358
Qualified in Queens County
Commission Expires 11/16/2010

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

```
528124
```

INDEX NO: 2844/07
FILE DATE: 4/8/2007
ATTY: MANCHANDA LAW OFFICES
80 WALL STREET, STE 705
NEW YORK, NY 10005

UNITED STATES DISTRICT COURT SOUTHERN

STATE OF NEW YORK: COUNTY OF SOUTHERN

EPS No: 516153
Attorney File No:
Batch No: 0

**OSMEN, KHALED**                                                                 Plaintiff(s)

- against -

**MR. MICHAEL CHERTOFF, ET AL**                                     Defendant(s)

STATE OF NEW YORK, COUNTY OF QUEENS: SS:
YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 6/5/2007 at 11:00AM at FEDERAL BUREAU OF INVESTIGATIONS, 26 FEDERAL PLAZA, 23RD FLOOR, NEW YORK, NY 10278 deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on MARK MERSHON, DIRECTOR IN CHARGE. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**SUITABLE AGE PERSON**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with PAMELA MCGOVERN, ASSISTANT DIVISON COUNSEL,AUTHORIZED TO ACCEPT ON BEHALF a person of suitable age and discretion at FEDERAL BUREAU OF INVESTIGATIONS, 26 FEDERAL PLAZA, 23RD FLOOR, NEW YORK, NY 10278, the said premises being the defendants Place of Business within the State of

**MAILING**  First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to MARK MERSHON, DIRECTOR IN CHARGE at FEDERAL BUREAU OF INVESTIGATIONS, 26 FEDERAL PLAZA, 23RD FLOOR, NEW YORK, NY 10278 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 6/6/2007 via First Class Mail.The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.   NP

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age: 30           Approximate weight: 130           Approximate height: 5'3"
Color of skin: WHITE          Color of hair: BROWN              Sex: F

Military Service ☒  Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  JUN 0 7 2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU6016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


Manchano

Khaled Osmen
Plaintiff(s)

Case Number: 07 CV 2844 Judge Cedarbaum

vs

Mr. Michael Chertoff, et al
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Rosanna Settles, hereby certify that on June 16, 2007 at 12:18 PM, I executed service of process upon **US DEPARTMENT OF HOMELAND SECURITY** at Office of the General Counsel, 245 Murray Dr SW, Building 410, Washington, DC 20528, By Certified Mail as instructed by office staff, copies of Summons and Complaint in a Civil Action, Exhibits..

The undersigned further certifies that my place of business is: 88-08 Little Neck Parkway, Floral Park, NY 11001; that I am 64 years of age, Date of Birth 3/10/1943; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 18, 2007.

Date June 18, 2007.

Rosanna Settles

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on June 18, 2007.

My Commission Expires: 11/30/08

ID # 528122

Ref.# 77290



# AFFIDAVIT OF SERVICE

marchanda

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

INDEX NO: 2844/07
EPS NO: 516153

---

OSMEN, KHALED

Plaintiff(s)

- vs. -

MR. MICHAEL CHERTOFF, ET AL

Defendant(s)

---

State of District of Columbia, County of _____ ss.: Alex M. Hernandez

being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, June 15, 2007 at approximately 12:01pm at J. EDGAR HOOVER BUILDING, 935 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20535 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on ROBERT S. MUELLER III in the following manner:

☐ **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☐ **Corporation** — By delivering to and leaving with _____ who stated ☐ he ☐ she was authorized to accept on behalf of said corporation.

☒ **Responsible Person** — By delivering to and leaving with Danielle Mizer, Assistant General Counsel a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [X] place of business within the State of ~~New York~~ District of Columbia

☐ **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ]dwelling place [ ]usual place of abode [ ]place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☐ **Mail** — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ **Description**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

Sworn to before me on June 18, 2007
Rosanna Settles
10-31-2011

Server Alex M. Hernandez

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

# AFFIDAVIT OF SERVICE

marchanda

|||
|---|---|
| COURT: UNITED STATES DISTRICT COURT | INDEX NO: 2844/07 |
| COUNTY: SOUTHERN | EPS NO: 516153 |

528125

OSMEN, KHALED

Plaintiff(s)

- vs. -

MR. MICHAEL CHERTOFF, ET AL

Defendant(s)

State of District of Columbia, County of _____ ss.: Alex M. Hernandez being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, June 15, 2007 at approximately 12:10 pm at U.S ATTORNEY GENERAL, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20530 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on ALBERTO GONZALES in the following manner:

☐ **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☐ **Corporation** — By delivering to and leaving with _____ who stated ☐ he ☐ she was authorized to accept on behalf of said corporation.

☒ **Responsible Person** — By delivering to and leaving with Albert Mason, clerk a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode ☒ place of business within the State of ~~New York~~ District of Columbia

☐ **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☒ **Mail** — A true copy thereof was also deposited on 6/18/07 in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ **Description**

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☐ White Skin | ☒ Black Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☒ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Over 65 Yrs. | ☐ Over 6' | ☒ Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

Sworn to before me on June 18, 2007

Rosanna Settles
10-31-2011

Server Alex M. Hernandez

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

# AFFIDAVIT OF SERVICE

Marchanda

**528127**

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

INDEX NO: 2844/07
EPS NO: 516153

OSMEN, KHALED

Plaintiff(s)

- vs. -

MR. MICHAEL CHERTOFF, ET AL

Defendant(s)

State of _District of Columbia_, County of _____ ss.: Alex M. Hernandez being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, June 15, 2007 at approximately 12:01pm at J. EDGAR HOOVER BUILDING, 935 PENNSYLVANIA AVENUE, WASHINGTON, DC 20535 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on GENERAL COUNSEL'S OFFICE in the following manner:

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

[ ] **Corporation** By delivering to and leaving with _____ who stated [ ]he [ ]she was authorized to accept on behalf of said corporation.

[X] **Responsible Person** By delivering to and leaving with _Danielle Mizer, Assistant General Counsel_ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [X] place of business within the State of ~~New York~~ District of Columbia

[ ] **Affixing to Door** By affixing a true copy thereof to the door of said premises, which is recipients [ ]dwelling place [ ]usual place of abode [ ]place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

[ ] **Mail** A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

[X] **Description**

| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [ ] Black Hair | [ ] 14-20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [X] Brown Hair | [ ] 21-35 Yrs. | [ ] 5'0"-5'3" | [X] 100-130 Lbs. |
| | [ ] Yellow Skin | [ ] Blond Hair | [X] 36-50 Yrs. | [X] 5'4"-5'8" | [ ] 131-160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] 51-65 Yrs. | [ ] 5'9"-6'0" | [ ] 161-200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the **SUMMONS & COMPLAINT IN A CIVIL ACTION**

Sworn to before me on _June 18, 2007_
Rosanna Settles
10-31-2011

Server Alex M. Hernandez

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

Case 1:07-cv-02844-MGC    Document 2    Filed 07/09/2007    Page 7 of 7