MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:   ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2722

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OSMAN, KALED,

            Plaintiff,

       v.

MR. MICHAEL CHERTOFF,
SECRETARY OF DHS, et al.,

            Defendants.
------------------------------------------------------------x

ECF Case

07 Civ. 2844 (MGC)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on April 9, 2007, plaintiff Kaled Osman commenced this action seeking an order "that Defendants adjudicate Plaintiff's I-485 Application without any further delay" and also seeking certain monetary relief from defendants in their official and individual capacities;

WHEREAS, subsequent to the commencement of this action, U.S. Citizenship and Immigration Services granted plaintiff's I-485 application, mooting the portion of the complaint that seeks non-monetary relief;

WHEREAS, plaintiff no longer desires to pursue the portion of his complaint that seeks monetary relief;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/07

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties appearing in this matter, that:

(1) Plaintiff's claims are dismissed with prejudice and without costs or attorney's fees to any party, and

(2) This stipulation contains the entire agreement between the parties, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
July 24, 2007

MANCHANDA LAW OFFICES PLLC
*Attorneys for Plaintiff*

By: _____
RAHUL MANCHANDA, ESQ.
80 Wall Street, Suite 705
New York, New York 10005
Tel.: (212) 968-8600
Fax: (212) 968-8601

Dated: New York, New York
July 24, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendants,
Sued in their Official Capacities*

By: _____
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, NY 10007
Tel. (212) 637-2722
Fax: (212) 637-2687

SO ORDERED.

Dated: New York, New York
July 25, 2007

_____
HON. MIRIAM GOLDMAN CEDARBAUM
United States District Judge

-2-